IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RICHARD PEARCE, | No. 2:23-CV-0101-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| KORY L. HONEA, et al., | |
| Defendants. | |

       Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Plaintiff's motion to proceed in forma pauperis. <u>See</u> ECF No. 2. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).  Plaintiff's request to proceed in forma pauperis is, therefore, granted.

       The sufficiency of Plaintiff's complaint and service thereof will be addressed separately.

       IT IS SO ORDERED.

       Dated:  May 4, 2023

                                         _____
                                         DENNIS M. COTA
                                         UNITED STATES MAGISTRATE JUDGE