IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN RICHARD PEARCE,<br><br>Plaintiff,<br><br>v.<br><br>KORY L. HONEA, et al.,<br><br>Defendants. | No. 2:23-cv-0101-TLN-DMC<br><br>**ORDER** |

Plaintiff, who is proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On March 8, 2024, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. (ECF No. 13.) The time to file objections has passed, and no objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court …."). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

        Accordingly, IT IS HEREBY ORDERED as follows:

        1. The findings and recommendations, filed March 8, 2024 (ECF No. 13), are ADOPTED IN FULL;

        2. This action is DISMISSED without prejudice; and

        3. The Clerk of the Court is directed to close this case.

Date: May 1, 2024

                                Troy L. Nunley
                                United States District Judge